**FILED**
APR 1 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1239-L |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ERNESTO NAVARRO-CASTRO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 19, 2008, within the Southern District of California, defendant ERNESTO NAVARRO-CASTRO, did knowingly and intentionally import approximately 41.12 kilograms (90.46 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 17, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John S. Weiston

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
4/17/08