FILED

MAY 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    Criminal No. 08cr1239 - L
                                 )
                Plaintiff,       )    **CONSENT TO RULE 11 PLEA IN A**
                                 )    **FELONY CASE BEFORE UNITED**
v.                               )    **STATES MAGISTRATE JUDGE**
                                 )
Ernesto Navarro - Castro         )
                                 )
                Defendant.       )
_____)

     I have been advised by my attorney and by the United States

Magistrate Judge of my right to enter my plea in this case before

a United States District Judge.  I hereby declare my intention to

enter a plea of guilty in the above case, and I request and

consent to have my plea taken by a United States Magistrate Judge

pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

     I understand that if my plea of guilty is taken by the

United States Magistrate Judge, and the Magistrate Judge

recommends that the plea be accepted, the assigned United States

District Judge will then decide whether to accept or reject any

plea agreement I may have with the United States and will

adjudicate guilt and impose sentence.

     I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1  Judge's findings and recommendation must be filed within 14 days

2  of the entry of my guilty plea.

3

4

5  Dated: _5|12|08_                      _Ernesto Navarro Carico_

6                                        Defendant

7

8

9  Dated: _5|12|08_                      _[signature]_

10                                       Attorney for Defendant

11

12      The United States Attorney consents to have the plea in this

13  case taken by a United States Magistrate Judge pursuant to

14  Criminal Local Rule 11.2.

15

16

17  Dated: _5/15/08_                      _[signature]_

18                                        Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

K:\COMMON\CSA\forms\2005\consents.wpd